# RECORD OF GRAND JURY BALLOT

Cr. 4:22cr580

THE UNITED STATES V. BHAGAVAN MAHAMAYAVI ANTLE, a/k/a KEVIN ANTLE, a/k/a DOC ANTLE, ANDREW JON SAWYER, a/k/a OMAR SAWYER, MEREDITH BYBEE, a/k/a MOKSHA BYBEE, CHARLES SAMMUT, and JASON CLAY

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED
JUN 28 2022
FLORENCE, S.C.