IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**BHAGAVAN MAHAMAYAVI ANTLE, ANDREW JON SAWYER, MEREDITH BYBEE, CHARLES SAMMUT, and JASON CLAY,**<br><br>*Defendants*. | CR NO. 4:22-CR-580-JD<br><br>**ORDER DISMISSING CHARGES AGAINST DEFENDANT CHARLES SAMMUT** |

Upon motion of the United States of America, and good cause appearing, Counts One and Two of the Indictment are dismissed as to Defendant Charles Sammut. The Indictment is hereby dismissed against Charles Sammut without prejudice.

**IT IS SO ORDERED**.

Charleston, South Carolina
February 21, 2023

Joseph Dawson, III
United States District Judge

1